CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 18 2005

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LISA J.W. SILVALETTI,　　） | |
| 　　Plaintiff,　　） | Civil Action No. 7:05-CV-00385 |
| 　　） | |
| v.　　） | **MEMORANDUM OPINION** |
| 　　） | |
| STEVE HORN,　　） | By: Hon. Glen E. Conrad |
| 　　Defendant.　　） | United States District Judge |

　　Plaintiff Lisa J.W. Silvaletti, a former Virginia inmate proceeding pro se, brought an action under the Civil Rights Act, 42 U.S.C. § 1983, with jurisdiction vested under 28 U.S.C. § 1343. On June 17, 2005, this court directed Silvaletti to pre-pay the filing fee and show proof of exhaustion within twenty (20) days or risk dismissal of this action. Silvaletti has not complied with this order. Therefore, this court dismisses this complaint without prejudice for failure to comply with a court order. If Silvaletti wishes to pursue this matter she may refile the complaint with the required information. An appropriate order will be entered this day.

　　ENTER: This 18th day of July, 2005.

　　　　　　　　　　　　　　　　　　／s／ Glen E. Conrad
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE