CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 18 2005

JOHN F. CORCORAN, CLERK
BY:
          DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| LISA J.W. SILVALETTI, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>STEVE HORN, )<br>    Defendant. ) | Civil Action No. 7:05-CV-00385<br><br>**FINAL ORDER**<br><br>By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this civil rights action, pursuant to 42 U.S.C. § 1983, shall be and hereby is **DISMISSED** without prejudice and this action is hereby stricken from the active docket of this court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the plaintiff.

ENTER: This 18th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE